# Day, Berry & Howard LLP
COUNSELLORS AT LAW

Hobart F. Popick
Direct Dial: (617) 345-4767
E-mail: hfpopick@dbh.com

August 25, 2005

**VIA HAND DELIVERY**

United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

05-MC-10321
UA

> Re: **Stanley Boim v. Quranic Literacy Institute, et al.**
> Case No. 00 C 2905 (N.D. Ill.)

To the Clerk of the Court:

Please find herewith enclosed original **Certification of Judgment for Registration in Another District,** issued on July 25, 2005 by the United States District Court for the Northern District of Illinois, Eastern Division in the above-referenced matter.

Kindly docket and register the certified judgment pursuant to 28 U.S.C. § 1963.

Do not hesitate to contact me should you have any questions. Thank you for your attention in this matter.

Very truly yours,

*[signature]*

Hobart F. Popick

Enclosure

cc:  Aaron Solomon, Esq.

51317115.1 099998-91574
August 25, 2005 8:50 AM

One International Place | Boston, MA 02110 | t 617 345 4600 f 617 345 4745
Boston   Greenwich   Hartford   New Haven   New York   Stamford   West Hartford   www.dbh.com

# Day, Berry & Howard LLP
COUNSELLORS AT LAW

Hobart F. Popick
Direct Dial: (617) 345-4767
E-mail: hfpopick@dbh.com

August 25, 2005

**VIA HAND DELIVERY**

United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

Re: **Stanley Boim v. Quranic Literacy Institute, et al.**
Case No. 00 C 2905 (N.D. Ill.)

To the Clerk of the Court:

Please find herewith enclosed original **Certification of Judgment for Registration in Another District,** issued on July 25, 2005 by the United States District Court for the Northern District of Illinois, Eastern Division in the above-referenced matter.

Kindly docket and register the certified judgment pursuant to 28 U.S.C. § 1963.

Do not hesitate to contact me should you have any questions. Thank you for your attention in this matter.

Very truly yours,

---

CHECK IS VOID IF ANY OF THE FOLLOWING SECURITY FEATURES ARE ABSENT: ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER

Bank of America
Connecticut
51-57/119

**Day, Berry & Howard LLP**
Counsellors At Law
One International Place
Boston, MA 02110

Check No. 32087
Date: August 25, 2005

Pay: Thirty-nine and 00/100************    $ ***39.00***

Two signatures required if over $10,000.00

PAY TO THE ORDER OF: UNITED STATES DISTRICT COURT

AUG 25 2005

Authorized Signature

RUB RED IMAGE. - DISAPPEARS WITH HEAT.   SECURITY FEATURES INCLUDED, DETAILS ON BACK.   SEE BACK FOR ARTIFICIAL WATERMARK