UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, Deceased, and JOYCE BOIM,<br><br>*Plaintiffs,*<br>v.<br><br>QURANIC LITERACY INSTITUTE, *et al.*,<br><br>*Defendants.* | No. 05-MC-10321 |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Hobart F. Popick on behalf of the Plaintiffs, Stanley Boim, Individually and as Administrator of the Estate of David Boim, Deceased, and Joyce Boim, in connection with the above-captioned action.

        STANLEY BOIM, Individually and as
        Administrator of the Estate of David Boim,
        Deceased, and JOYCE BOIM,

        By their attorneys,


        /s/ Hobart F. Popick
        Hobart F. Popick (BBO # 658763)
        DAY, BERRY & HOWARD LLP
        One International Place
        Boston, Massachusetts 02110
Dated: September 2, 2005        (617) 345-4600

-2-

**CERTIFICATE OF SERVICE**

    I, Hobart F. Popick, hereby certify that on the 2nd day of September, 2005, I caused a copy of the foregoing to be served via first-class mail upon counsel for the Defendant, Holy Land Foundation for Relief and Development: John W. Boyd, Esq., Freedman, Boyd, Daniels, Hollander, Goldberg & Cline, P.A. 20 First Plaza, Suite 700, Albuquerque, New Mexico 87102.

                                          /s/ Hobart F. Popick
                                          Hobart F. Popick