

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MBD No. 05-MC-10321-RCL

| | |
|---|---|
| Stanley Boim, et al., <br>     Plaintiff <br><br> v. <br><br> Quranic Literacy Institute, et al., <br>     Defendant <br><br> Fidelity Investments, <br>     Trustee | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ANSWER OF TRUSTEE**

Fidelity Investments, the Trustee misnamed herein, hereby answers the Summons to Trustee served on October 13, 2005, as follows:

1. Fidelity Investments is not a corporate entity but rather a trade name that refers collectively to the group of affiliated, but separate, Fidelity companies.

2. Fidelity Brokerage Services LLC ("FBS"), the securities brokerage affiliate of the Fidelity companies states that on the date of service, it had the following account registered in the name of the Defendant, Holy Land Foundation for Relief and Development:

    > Fidelity corporate account X67-287881 containing mutual fund shares with a net worth of $13,134.00.

    FBS states that the value of the account may fluctuate with changing market conditions.

    FBS further states that the account has been restricted and made inaccessible to the Defendant pending further certified Order of the Court.

3. FBS leaves it to litigation between the parties to determine whether such assets are "goods, effects or credits" of the Defendant, but FBS will deem such assets "goods, effects or credits" until a court determines otherwise.

Brokerage services provided by Fidelity Brokerage Services LLC, Member NYSE, SIPC. Fidelity mutual funds distributed through Fidelity Distributors Corporation

Fidelity Service Company, Inc.   82 Devonshire Street V5D
Boston, MA 02109-3614



Please be sure all future service is made upon and directed to **FBS** at 82 Devonshire Street, Boston, MA 02109, attention Risk Operations, mail zone V5D.

Signed under the penalties of perjury to the best of my knowledge and belief, by Les Chan, Agent for Fidelity Service Company, Inc. on this 19th day of October, 2005.

Les Chan
Agent/Employee of
Fidelity Service Company, Inc.
82 Devonshire Street
Boston, MA 02109

Brokerage services provided by Fidelity Brokerage Services LLC, Member NYSE, SIPC. Fidelity mutual funds distributed through Fidelity Distributors Corporation



## CERTIFICATE OF SERVICE

I certify that on October 19, 2005, I served the within answer on the Plaintiff, by mailing a copy thereof, regular mail to Hobart F. Popick, Esq., Day, Berry & Howard LLP, One International Place, Boston, MA 02110.

Signed this 19th of October 2005

_____
Les Chan
Agent/Employee of
Fidelity Service Company, Inc.
82 Devonshire Street
Boston, MA 02109

Brokerage services provided by
Fidelity Brokerage Services LLC,
Member NYSE, SIPC. Fidelity
mutual funds distributed through
Fidelity Distributors Corporation