# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, Deceased, and JOYCE BOIM,<br><br>*Plaintiffs,*<br><br>v.<br><br>QURANIC LITERACY INSTITUTE, *et al.*,<br><br>*Defendants.* | No. 05-MC-10321-RCL |

## PLAINTIFFS' MOTION TO CHARGE TRUSTEE

Now come the Plaintiffs, Stanley Boim, Individually and as Administrator of the Estate of David Boim, Deceased, and Joyce Boim (collectively, "Plaintiffs"), and state that the Trustee, Fidelity Brokerage Services LLC, misnamed in this action as Fidelity Investments ("Fidelity"), has filed an Answer admitting that it holds assets of the Defendant Holy Land Foundation for Relief and Development ("HLF") in Fidelity corporate account No. X67-287881, consisting of mutual fund shares with a net worth, as of the date of its Answer, of $13,134.00.

WHEREFORE, Plaintiffs respectfully move this Court to GRANT their Motion to Charge Trustee, and issue an Order granting such relief as set forth in the Proposed Order attached hereto.

Respectfully submitted,

STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, Deceased, and JOYCE BOIM,

By their attorneys,

/s/ Hobart F. Popick
Hobart F. Popick (BBO # 658763)
DAY, BERRY & HOWARD LLP
One International Place
Boston, Massachusetts 02110
(617) 345-4600

Dated: January 18, 2006

## CERTIFICATE OF SERVICE

I, Hobart F. Popick, hereby certify that on the 18th day of January, 2006, I caused a copy of the foregoing to be served via first-class mail, postage prepaid, upon the following:

John W. Boyd, Esq.
Freedman, Boyd, Daniels,
Hollander, Goldberg & Cline, P.A.
20 First Plaza - Suite 700
Albuquerque, New Mexico 87102

Mr. Les Chan
Agent for Fidelity Service Company, Inc.
Fidelity Brokerage Services LLC – V5D
82 Devonshire Street
Boston, Massachusetts 02109

/s/ Hobart F. Popick
Hobart F. Popick

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, Deceased, and JOYCE BOIM, | ) ) ) ) | No. 05-MC-10321-RCL |
| *Plaintiffs,* | ) ) ) |  |
| v. | ) ) |  |
| QURANIC LITERACY INSTITUTE, *et al.*, | ) ) ) |  |
| *Defendants.* | ) ) |  |

## **[PROPOSED] ORDER**

This cause coming to be heard on Plaintiffs' Motion to Charge Trustee Fidelity Brokerage Services LLC, misnamed in this action as Fidelity Investments ("Fidelity"), upon its Answer of Trustee, due notice having been given and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1.   Plaintiffs' Motion to Charge Trustee is GRANTED;

2.   The Clerk of the Court shall issue a Writ of Trustee Execution to the Plaintiffs, permitting the Plaintiffs to execute upon assets of the Defendant Holy Land Foundation for Relief and Development ("HLF") being held in Fidelity corporate account No. X67-287881;

3.   Upon service of such Writ of Trustee Execution upon Fidelity, Plaintiffs shall have perfected a lien upon any and all assets of HLF being held in Fidelity corporate account No. X67-287881;

2

4. Plaintiffs' lien is second only to interests asserted by the United States government;

5. Pursuant to the Writ of Trustee Execution referenced in Paragraphs 2 and 3, and upon receipt of notice of any order dissolving the restraining order entered by the United States District Court for the Northern District of Texas in the case styled *United States of America v. Holy Land Foundation for Relief and Development, et al.,* No. 3:04-CR-240-G, or any order which otherwise permits distribution of HLF's assets, Fidelity shall turn over to Plaintiffs any and all assets of HLF being held in Fidelity corporate account No. X67-287881; and

6. HLF is enjoined from taking any action to deplete the funds in Fidelity corporate account No. X67-287881.

REGINALD C. LINDSAY
UNITED STATES DISTRICT JUDGE