# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate of David Boim, Deceased, and JOYCE BOIM,<br><br>*Plaintiffs,*<br><br>v.<br><br>QURANIC LITERACY INSTITUTE, *et al.*,<br><br>*Defendants.* | No. 05-MC-10321-RCL |

## ORDER

This cause coming to be heard on Plaintiffs' Motion to Charge Trustee Fidelity Brokerage Services LLC, misnamed in this action as Fidelity Investments ("Fidelity"), upon its Answer of Trustee, due notice having been given and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. Plaintiffs' Motion to Charge Trustee is GRANTED;

2. The Clerk of the Court shall issue a Writ of Trustee Execution to the Plaintiffs, permitting the Plaintiffs to execute upon assets of the Defendant Holy Land Foundation for Relief and Development ("HLF") being held in Fidelity corporate account No. X67-287881;

3. Upon service of such Writ of Trustee Execution upon Fidelity, Plaintiffs shall have perfected a lien upon any and all assets of HLF being held in Fidelity corporate account No. X67-287881;

4. Plaintiffs' lien is second only to interests asserted by the United States government;

5. Pursuant to the Writ of Trustee Execution referenced in Paragraphs 2 and 3, and upon receipt of notice of any order dissolving the restraining order entered by the United States District Court for the Northern District of Texas in the case styled *United States of America v. Holy Land Foundation for Relief and Development, et al.*, No. 3:04-CR-240-G, or any order which otherwise permits distribution of HLF's assets, Fidelity shall turn over to Plaintiffs any and all assets of HLF being held in Fidelity corporate account No. X67-287881; and

6. HLF is enjoined from taking any action to deplete the funds in Fidelity corporate account No. X67-287881.

_____
USDJ
2/8/06