# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**TRUSTEE EXECUTION**                                   MBD NO. 05-MC-10321

To the United States Marshal for the District of Massachusetts or either of his Deputies and to _____

_____, Special Process Server:

WHEREAS Plaintiffs Stanley Boim, individually and as administrator of the Estate of David Boim and Joyce Boim have ~~has~~ recovered

judgment against Holy Land Foundation For Relief and Development _____

_____ on the __25th__ day of __February 2005__, in

the United States District Court for the Northern District of Illinois, Eastern Div. for the

sum of $ 156,000,000 _____, debt or damage, pre-judgment interest in the amount

of $_____, and costs of this suit in the amount of $_____;

and execution was likewise awarded for the same sum against the goods, effects, and credits of the

Judgment Debtor in the hands and possession of Fidelity Brokerage Services, LLC _____

_____ of Boston, Massachusetts _____ trustee

of the Judgment Debtor, as to us appears of record, whereof this Trustee Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment

Debtor, to cause to be paid and satisfied unto the said Judgment Creditor in the hands and possession of

the trustee, jointly and severally, to cause to be paid and satisfied unto said Judgment Creditor, at the

value thereof in money, the aforesaid sums, being a total of $ all assets in acct.#X67-28788] in the

whole, with interest thereon at the rate of_____ from said day of rendition of said judgment; and

thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's

Office of our said court, at __Boston__, Massachusetts, within Twenty (20) years after the

date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this __9th__ day of March, 2006.

SARAH A. THORNTON
CLERK OF COURT

By: _Lisa M Hourihan_
Deputy Clerk

(Execution - MBD Trustee MASS 07/7/2005)